FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0153

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 24-0153

WILD MONTANA, MONTANA WILDLIFE FEDERATION, AND MONTANA ASSOCIATION OF COUNTIES,

    *Petitioners/Plaintiff and Appellees*,

  vs.

GREG GIANFORTE, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MONTANA; AND CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE,

    *Defendants and Appellants*.

_____

## ORDER
_____

Pursuant to Appellants' motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellants' have until October 9, 2024, to prepare, file, and serve Appellants' opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024